

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00019-CV

### SKY VIEW AT LAS PALMAS, L.L.C. AND ILAN ISRAELY
v.
### ROMAN GERONIMO MARTINEZ MENDEZ & SAN JACINTO
TITLE SERVICES OF RIO GRANDE VALLEY, LLC

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-1401-10-G(4)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 7, 2019